# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

  Plaintiff,

  v.                                  Case No. 20-CR-105

**JOHN LA FAVE,**

  Defendant.

## REPORT AND RECOMMENDATION

The United States of America and the defendant, John La Fave, appeared before me via video conference pursuant to Federal Rule of Criminal Procedure 11. Both the defendant and the United States consented to proceed by video.[1] The defendant entered a plea of guilty to the sole charge contained in the information.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by independent factual bases containing each of the essential elements of the offenses.

NOW, THEREFORE, IT IS RECOMMENDED that the defendant's plea of guilty be accepted, that a presentence investigation and report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly.

IT IS FURTHER RECOMMENDED that, pursuant to Section 15002(b)(2) of the CARES Act, and this district's General Order 20-17, the district judge make a finding that

---

[1] Due to technical issues, the government participated by telephone.

accepting the defendant's felony plea via videoconference was appropriate because the plea could not be further delayed without serious harm to the interests of justice. The defendant wishes to plead guilty and accept the consequences of his actions. Given the uncertainties as to the availability and safety of in-person hearings, an indefinite delay could postpone resolution of this case for both the defendant and victim, adversely impacting the interests of justice.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, July 24, 2020.

_Stephen C. Dries_
STEPHEN C. DRIES
United States Magistrate Judge